**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Justin Gallow
R.L.C.C./Cajun 1 D2 DOC No. 450866
1630 Prison Road
Cottonport LA 71327

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on November 18, 2020

**REHEARING ACTION: November 18, 2020**

**Docket Number: 18  00654-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JUSTIN GALLOW**

**Writ Application from Evangeline Parish Case No. 74141-FA**

**BEFORE JUDGES:**

   **Hon. Shannon J. Gremillion**
   **Hon. D. Kent Savoie**
   **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Justin Gallow** is:

   **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal,
   Rule 2-18.7.

cc: Hon. Trent Brignac, Counsel for  the Respondent